IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:  CASE NO   21-03574 ESL

JAIME R NIETO DEL TORO

*Debtor(s)*  CHAPTER   7

## *NOTICE OF RESCHEDULING OF HEARING*

Notice is hereby given that:

The meeting of creditors in this case pursuant to 11 USC 341 has been rescheduled for:

## January 11th, 2022 at 1:45pm.

All creditors and parties in interest are advised that the meeting of creditors in this case will be held via telephonic conference. To attend dial: 877-925-1944 with the access code: 2492799.

I HEREBY CERTIFY on this same date I electronically filed the foregoing document with the clerk of the court using the CM/ECF System which will sent notification of such filing to the following: Chapter 7 Trustee; US Trustee and to all creditors registered to said system. On this same date, I have sent copy of said document by regular mail to all parties in interest that are non CM/ECF participants as of the creditor matrix attached hereto.

In San Juan, Puerto Rico, this 15th day of December, 2021.

By:   /s/ Juan C. Bigas Valedón
JUAN C. BIGAS VALEDON
Attorneys for Debtor
U.S.D.C.   NO. 215404
P.O. Box 7011
Ponce, P.R. 00732-7011
Tel. 259-1000; Fax 842-4090
jcbigas@yahoo.com

```
Label Matrix for local noticing          BMW FINANCIAL SERVICES NA LLC DEPARTMENT    ISLAND PORTFOLIO SERVICES LLC AS SERVICER OF
0104-3                                   AIS PORTFOLIO SERVICES LP                   P O BOX 361110
Case 21-03574-ESL7                       4515 N SANTA FE AVE DEPT APS                SAN JUAN
District of Puerto Rico                  OKLAHOMA CITY, OK 73118-7901                SAN JUAN, PR 00936-1110
Old San Juan
Wed Dec 15 15:33:19 AST 2021

US Bankruptcy Court District of P.R.     ASUME                                       BANCO POPULAR DE PUERTO RIC
Jose V Toledo Fed Bldg & US Courthouse   PO BOX 71316                                PO BOX 362708
300 Recinto Sur Street, Room 109         SAN JUAN, PR 00936-8416                     SAN JUAN, PR 00936-2708
San Juan, PR 00901-1964


(p)BMW FINANCIAL SERVICES                ISLAND PORTFOLIO SERVICES LLC               RS CONSULTING SERVICES, INC
CUSTOMER SERVICE CENTER                  PO BOX 361110                               PO BOX 968
PO BOX 3608                              SAN JUAN, PR  00936-1110                    CAGUAS, PR 00726-0968
DUBLIN OH 43016-0306


JAIME R NIETO DEL TORO                   JUAN CARLOS BIGAS VALEDON                   MONSITA LECAROZ ARRIBAS
1511 AVE  PONCE DE LEON                  JUAN C BIGAS LAW OFFICE                     OFFICE OF THE US TRUSTEE (UST)
CIUDADELA PLAZA DEL MUSEO 1400 APT 14101 PO BOX 7011                                 OCHOA BUILDING
SAN JUAN, PR 00909                       PONCE, PR 00732-7011                        500 TANCA STREET  SUITE 301
                                                                                     SAN JUAN, PR 00901

NOREEN WISCOVITCH RENTAS
PMB 136
400 CALAF STREET
SAN JUAN, PR 00918-1313
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
BMW FINANCIAL SERVICES
PO BOX 9001065
LOUISVILLE, KY  40290
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)BMW FINANCIAL SERVICES NA LLC DEPARTMENT    End of Label Matrix
AIS PORTFOLIO SERVICES LP                      Mailable recipients   12
4515 N SANTA FE AVE DEPT APS                   Bypassed recipients    1
OKLAHOMA CITY OK 73118-7901                    Total                 13
```