IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 21-03574 ESL |
| JAIME NIETO DEL TORO | |
| *Debtor* | CHAPTER 7 |

### DEBTOR MOTION TO AMEND SCHEDULES E/F AND MASTER ADDRESS LIST

TO THE HONORABLE COURT:

**NOW COME(S)** Debtor(s) herein, JAIME NIETO DEL TORO, by his undersigned attorney, and very respectfully ALLEGE(S) AND PRAY(S):

1. On this date debtor is amending his Schedule E/F in order to include additional fine with:

    **AEE**
    PO BOX 363508
    SAN JUAN, PR 00936

2. Include the following assignee of AEE:
    **LUMA ENERGY**
    PO BOX 361110
    SAN JUAN, PR 00936

**WHEREFORE**, Debtor respectfully requests that the Amendments be accepted for the continuation of the proceedings and that all other remedies which are proper and just be granted.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this same date I electronically filed the foregoing document with the clerk of the court using the CM/ECF System which will send notification of such filing to the following: Chapter 7 Trustee, US Trustee and to all creditors registered to said system. On this same date, I have sent copy of said document by regular mail to all parties in interest that are non CM/ECF participants as of the creditor matrix attached hereto.

In San Juan, Puerto Rico, this 28th day of January 2021.

By:/s/ Juan C. Bigas Valedon
JUAN C. BIGAS VALEDON
Attorneys for Debtor
U.S.D.C. NO. 215404
P.O. Box 7011
Ponce, P.R. 00732-7011
Tel. 259-1000; Fax 984-0351

**Fill in this information to identify your case:**

Debtor 1: JAIME R NIETO DEL TORO
(First Name  Middle Name  Last Name)

Debtor 2: 
(Spouse if, filing) (First Name  Middle Name  Last Name)

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO, SAN JUAN DIVISION

Case number (if known): 3:21-bk-3574

■ Check if this is an amended filing

Official Form 106E/F
# Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

## Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ■ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

| 2.1 | **ASUME** | Last 4 digits of account number 5140 | $300.00 | $300.00 | $0.00 |
| | Priority Creditor's Name | When was the debt incurred? 2021 | | | |

PO BOX 71316
SAN JUAN, PR 00936
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Type of PRIORITY unsecured claim:**
■ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
**CHILD SUPPORT**

**Is the claim subject to offset?**
■ No
☐ Yes

| Debtor 1 | NIETO DEL TORO, JAIME R | Case number (if known) | 3:21-bk-3574 |
|---|---|---|---|

### 2.2 ASUME
**Priority Creditor's Name**

Last 4 digits of account number **0467**    **$436.44**    **$436.44**    **$0.00**

**PO BOX 71316**
**SAN JUAN, PR 00936**
Number Street City State Zip Code

When was the debt incurred? **2021**

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of PRIORITY unsecured claim:**

- ■ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify

**CHILD SUPPORT**

---

**Part 2:** List All of Your NONPRIORITY Unsecured Claims

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

### 4.1 AEE
**Nonpriority Creditor's Name**

Last 4 digits of account number **5045**    **$9,267.16**

**PO BOX 363508**
**SAN JUAN, PR 00936**
Number Street City State Zip Code

When was the debt incurred? **2018**

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **SERVICES**

---

| Debtor 1 | NIETO DEL TORO, JAIME R | Case number (if known) | 3:21-bk-3574 |

### 4.2 BANCO POPULAR DE PUERTO RIC
Nonpriority Creditor's Name

Last 4 digits of account number **4302**  $13,000.18

When was the debt incurred? **04/29/2013**

**PO BOX 362708**
**SAN JUAN, PR 00936**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **CREDIT CARD**

---

### 4.3 BMW FINANCIAL SERVICES
Nonpriority Creditor's Name

Last 4 digits of account number **32**  $34,332.00

When was the debt incurred? **10/29/2016**

**PO BOX 9001065**
**LOUISVILLE, KY 40290**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **AUTO LOAN DEFICIENCY**

---

### 4.4 RS CONSULTING SERVICES, INC
Nonpriority Creditor's Name

Last 4 digits of account number **3688**  $43,384.34

When was the debt incurred? **2018**

**PO BOX 968**
**CAGUAS, PR 00726**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **RENT**

---

**Part 3:**  **List Others to Be Notified About a Debt That You Already Listed**

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

Debtor 1 **NIETO DEL TORO, JAIME R**     Case number (if known) **3:21-bk-3574**

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **ISLAND PORTFOLIO SERVICES LLC**<br>**PO BOX 361110**<br>**SAN JUAN, PR 00936-1110** | Line **4.2** of (Check one):<br><br>Last 4 digits of account number | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>**4302** |
| **LUMA ENERGY**<br>**PO BOX 364267**<br>**SAN JUAN, PR 00936** | Line **4.1** of (Check one):<br><br>Last 4 digits of account number | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>**5045** |

### Part 4: Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

**Total claims from Part 1**

| | | | Total Claim |
|---|---|---|---|
| 6a. | Domestic support obligations | 6a. | $ 736.44 |
| 6b. | Taxes and certain other debts you owe the government | 6b. | $ 0.00 |
| 6c. | Claims for death or personal injury while you were intoxicated | 6c. | $ 0.00 |
| 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 736.44 |

**Total claims from Part 2**

| | | | Total Claim |
|---|---|---|---|
| 6f. | Student loans | 6f. | $ 0.00 |
| 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ 0.00 |
| 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ 0.00 |
| 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 99,983.68 |
| 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 99,983.68 |

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **JAIME R NIETO DEL TORO** |
| | First Name    Middle Name    Last Name |
| Debtor 2 (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO, SAN JUAN DIVISION |
| Case number (if known) | 3:21-bk-3574 |

■ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules    12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ JAIME R NIETO DEL TORO**            X _____
**JAIME R NIETO DEL TORO**                     Signature of Debtor 2
Signature of Debtor 1

Date **January 27, 2022**                      Date

```
Label Matrix for local noticing        BMW FINANCIAL SERVICES NA LLC DEPARTMENT    ISLAND PORTFOLIO SERVICES LLC AS SERVICER OF
0104-3                                  AIS PORTFOLIO SERVICES LP                   P O BOX 361110
Case 21-03574-ESL7                      4515 N SANTA FE AVE DEPT APS                SAN JUAN
District of Puerto Rico                 OKLAHOMA CITY, OK 73118-7901                SAN JUAN, PR 00936-1110
Old San Juan
Fri Jan 28 10:45:15 AST 2022

US Bankruptcy Court District of P.R.    ASUME                                       BANCO POPULAR DE PUERTO RIC
Jose V Toledo Fed Bldg & US Courthouse  PO BOX 71316                                PO BOX 362708
300 Recinto Sur Street, Room 109        SAN JUAN, PR 00936-8416                     SAN JUAN, PR 00936-2708
San Juan, PR 00901-1964


(p)BMW FINANCIAL SERVICES               ISLAND PORTFOLIO SERVICES LLC               RS CONSULTING SERVICES, INC
CUSTOMER SERVICE CENTER                 PO BOX 361110                               PO BOX 968
PO BOX 3608                             SAN JUAN, PR  00936-1110                    CAGUAS, PR 00726-0968
DUBLIN OH 43016-0306



JAIME R NIETO DEL TORO                  JUAN CARLOS BIGAS VALEDON                   MONSITA LECAROZ ARRIBAS
1511 AVE  PONCE DE LEON                 JUAN C BIGAS LAW OFFICE                     OFFICE OF THE US TRUSTEE (UST)
CIUDADELA PLAZA DEL MUSEO 1400 APT 14101 PO BOX 7011                                OCHOA BUILDING
SAN JUAN, PR 00909                      PONCE, PR 00732-7011                        500 TANCA STREET  SUITE 301
                                                                                    SAN JUAN, PR 00901


NOREEN WISCOVITCH RENTAS
PMB 136
400 CALAF STREET
SAN JUAN, PR 00918-1313
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
BMW FINANCIAL SERVICES
PO BOX 9001065
LOUISVILLE, KY  40290
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)RS CONSULTING SERVICES, INC.         (d)BMW FINANCIAL SERVICES NA LLC DEPARTMENT End of Label Matrix
                                        AIS PORTFOLIO SERVICES LP                   Mailable recipients    12
                                        4515 N SANTA FE AVE DEPT APS                Bypassed recipients     2
                                        OKLAHOMA CITY OK 73118-7901                 Total                  14
```