IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:  Case No.:21-03574-ESL

Nieto del Toro, Jaime R.,  Chapter 7

    Debtor.
_____/

**NOTICE OF REJECTION OF EXECUTORY CONTRACT**

TO THE HONORABLE COURT:

COMES NOW, Noreen Wiscovitch-Rentas, Chapter 7 Trustee and respectfully Notifies the Court that the Debtor's Residential Lease Contract for the realty located at 1511 Ave. Ponce de Leon, Ciudadela, Plaza del Museo 1400, Apt. 14101 shall be deemed rejected by the Bankruptcy Estate as of the date of the Petition December 1, 2021.  *See* 11 U.S.C. §365(d)(1).

RESPECTFULLY SUBMITTED, this 30th day of January 2022.

    *S/Noreen Wiscovitch-Rentas*
    **NOREEN WISCOVITCH RENTAS**
    CHAPTER 7 TRUSTEE
    PMB 136
    400 Kalaf Street
    San Juan, Puerto Rico  00918
    Tel. (787) 946-0132
    noreen@nwr-law.com