IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>JAIME R NIETO DEL TORO<br><br>xx-xx-3688<br><br>Debtor(s) | CASE NO. 21-03574-ESL7<br>Chapter 7<br><br><br><br>FILED & ENTERED ON JUN/06/2022 |

ORDER

    NOREEN WISCOVITCH RENTAS's motion requesting second extension of time to object to the Discharge of Debtor under section 727 and/or for dismissal or conversion for abuse under section 707(b) (Docket Entry #41) is hereby granted.

    IT IS SO ORDERED.

    In San Juan, Puerto Rico, this 6 day of June, 2022.

*Enrique S. Lamoutte*
United States Bankruptcy Judge