IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 21-03574 ESL |
| JAIME R NIETO DELTORO | |
| *Debtor* | CHAPTER 13 |

**MOTION REQUESTING WITHDRAWAL AS LEGAL COUNSELOR**

TO THE HONORABLE COURT:

**NOW COMES** the undersigned attorney and very respectfully ALLEGE AND PRAY:

1. Our law offices represented the creditor Jaime R. Nieto del Toro in the instant case since December 21st, 2021, up to the present.
2. On July 19th, 2022 the undersigned by phone contact with debtor discussed pending matters in the instant case. The undersigned realized that there are professional discrepancies between legal counsel and the debtor, therefore the undersigned would request the resignation as legal counsel.
3. Due to the above informed the undersigned attorney hereby respectfully requests from this Honorable Court to withdraw from legal representation of the debtor and to grant his at least thirty (30) days to obtain a new legal representation.

**WHEREFORE,** it is respectfully prayed from this Honorable Court to allow the undersigned counsel to withdraw from the legal representation and any pending matter be held in abeyance until the Debtor retains new legal representation, and that all further remedies are as proper and just be granted.

**I HEREBY CERTIFY** on this same date I electronically filed the foregoing document with the clerk of the court using the CM/ECF System which will send notification

of such filing to the following: Chapter 13 Trustee, US Trustee and to all creditors registered to said system. On this same date, I have sent copy of said document by regular mail to all parties in interest that are non CM/ECF participants as of the creditor matrix attached hereto.

In San Juan, Puerto Rico this 20th day of July 2022.

By: /s/ Juan C. Bigas Valedon
JUAN C. BIGAS VALEDON
Attorney for Creditor
U.S.D.C. NO. 215404
P.O. Box 7011
Ponce, P.R. 00732-7011
Tel. 259-1000; Fax 842-4090
E-mail: jcbigas@yahoo.com

```
Label Matrix for local noticing          BMW FINANCIAL SERVICES NA LLC DEPARTMENT    ISLAND PORTFOLIO SERVICES LLC AS SERVICER OF
0104-3                                   AIS PORTFOLIO SERVICES LP                   P O BOX 361110
Case 21-03574-ESL7                       4515 N SANTA FE AVE DEPT APS                SAN JUAN
District of Puerto Rico                  OKLAHOMA CITY, OK 73118-7901                SAN JUAN, PR 00936-1110
Old San Juan
Fri Jan 28 10:45:15 AST 2022

US Bankruptcy Court District of P.R.     ASUME                                       BANCO POPULAR DE PUERTO RIC
Jose V Toledo Fed Bldg & US Courthouse   PO BOX 71316                                PO BOX 362708
300 Recinto Sur Street, Room 109         SAN JUAN, PR 00936-8416                     SAN JUAN, PR 00936-2708
San Juan, PR 00901-1964


(p)BMW FINANCIAL SERVICES                ISLAND PORTFOLIO SERVICES LLC               RS CONSULTING SERVICES, INC
CUSTOMER SERVICE CENTER                  PO BOX 361110                               PO BOX 968
PO BOX 3608                              SAN JUAN, PR  00936-1110                    CAGUAS, PR 00726-0968
DUBLIN OH 43016-0306


JAIME R NIETO DEL TORO                   JUAN CARLOS BIGAS VALEDON                   MONSITA LECAROZ ARRIBAS
1511 AVE  PONCE DE LEON                  JUAN C BIGAS LAW OFFICE                     OFFICE OF THE US TRUSTEE (UST)
CIUDADELA PLAZA DEL MUSEO 1400 APT 14101 PO BOX 7011                                 OCHOA BUILDING
SAN JUAN, PR 00909                       PONCE, PR 00732-7011                        500 TANCA STREET  SUITE 301
                                                                                     SAN JUAN, PR 00901


NOREEN WISCOVITCH RENTAS
PMB 136
400 CALAF STREET
SAN JUAN, PR 00918-1313
```

                The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
                by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
BMW FINANCIAL SERVICES
PO BOX 9001065
LOUISVILLE, KY  40290
```

                The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)RS CONSULTING SERVICES, INC.          (d)BMW FINANCIAL SERVICES NA LLC DEPARTMENT End of Label Matrix
                                         AIS PORTFOLIO SERVICES LP                   Mailable recipients    12
                                         4515 N SANTA FE AVE DEPT APS                Bypassed recipients     2
                                         OKLAHOMA CITY OK 73118-7901                 Total                  14
```